# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0975. BRIDGETT YOLANDA WASHINGTON v. FIDELITY LIFE ASSOCIATION.

Plaintiff Bridgett Yolanda Washington filed this direct appeal from the trial court's order granting defendant Fidelity Life Association's motion to open default. We lack jurisdiction.

Under OCGA § 5-6-34(a)(1)(B), direct appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" See also *Yanes v. Escobar*, 362 Ga. App. 896, 897 (870 SE2d 506) (2022) ("an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court") (punctuation omitted). This case remains pending in the trial court, as no final judgment has been entered. Accordingly, to obtain appellate review at this juncture, Washington was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34(b), which include obtaining a certificate of immediate review from the trial court and then filing an application for interlocutory review in the appellate court. See *Islamkhan v. Khan*, 299 Ga. 548, 551 (2) (787 SE2d 731) (2016).

Washington's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/19/2025__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*